ACCEPTED
05-14-01047-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/16/2015 11:54:18 AM
LISA MATZ
CLERK



ROBERT LOUIS ROSEN
*ATTORNEY AT LAW*

ROYAL CENTRAL TOWER
11300 N. CENTRAL EXPRESSWAY, SUITE 103
DALLAS, TEXAS 75243-6705
TEL. 972.503.1436
FAX 972.503.1437
TOLL FREE 877.714.0583
rlrosen@therosenfirm.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/16/2015 11:54:18 AM
LISA MATZ
Clerk

September 16, 2015

Ms. Lisa Matz, Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street Suite 200
Dallas, Texas 75202

Re:     Court of Appeals Number:     05-14-01047-CV
        Trial Court Case Number:      DC-12-12935-1

Style:  Mark and D'Nella Sherbet
        v. Rafaella Bender

Dear Ms. Matz:

In accordance with the terms of the Court's letter of July 29, 2014, this is notification that Robert Louis Rosen will present argument to the Court on behalf of Appellee, Rafaella Bender.

Please contact me if you have any questions or comments about any aspect of this matter. Thank you.

Very truly yours,

/s/ Robert Rosen

Robert Louis Rosen